[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-10765

_____

D.C. Docket No. 6:91-cr-00033-GKS-DAB-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT JACKSON, SR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(May 20, 2013)

Before: BARKETT, MARCUS and JORDAN, Circuit Judges

BY THE COURT:

Tracy N. DaCruz, appointed counsel for Robert Jackson, Sr., in this appeal

of the district court's denial of Jackson's motion for a sentence reduction under 18

U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the denial of Jackson's § 3582(c)(2) motion is **AFFIRMED**.